IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| JAMES I. BURLISON<br>RODNEY L. WAITS<br>BUFORD O'NEAL TANKERSLEY<br><br>    Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendants. | No. 2:04CV2597 DP |

**ORDER ALLOWING PLAINTIFFS' MOTION FOR LEAVE TO FILE REPLY AND SUPPLEMENTAL MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

THIS CAUSE came on to be heard upon the Motion of the Plaintiff for leave to file a reply and supplemental memorandum in support of Plaintiffs' motion for summary judgment, and there being no opposition to same,

IT IS THEREFORE, ORDERED AND DECREED that the Plaintiffs' reply and supplemental memorandum in support of their motion for summary judgment shall be filed and considered by the Court.

SO ORDERED this 13 day of June, 2005.

_____
JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 6/15/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 39 in case 2:04-CV-02597 was distributed by fax, mail, or direct printing on June 15, 2005 to the parties listed.

---

Gary A. Vanasek
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

J. Houston Gordon
LAW OFFICES OF J. HOUSTON GORDON
114 W. Liberty Ave.
Ste. 300
Covington, TN 38019--084

Honorable Jon McCalla
US DISTRICT COURT