IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.
05 AUG 10 PM 4: 21

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

| | |
|---|---|
| JAMES I. BURLISON<br>RODNEY L. WAITS<br>BUFORD O'NEAL TANKERSLEY<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  No. 2:04CV2597 ~~BP~~ M l<br>)<br>)<br>)<br>) |

### ORDER ALLOWING PLAINTIFFS' MOTION OF LEAVE TO RENEW PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT BEYOND DISPOSITIVE MOTION DEADLINE OF JULY 16, 2005

THIS cause came on to be heard upon Plaintiffs' Motion of Leave to Renew Plaintiffs' Motion for Summary Judgment Beyond Dispositive Motion Deadline of July 16, 2005, and

It appearing, according to the certificate of consultation of counsel, and representations made to the Court that counsel for the Defendant does not object to the motion to renew the previously filed motion for summary judgment,

IT IS, THEREFORE, ORDERED that the Plaintiffs be allowed to renew their motion for summary judgment and be allowed to file any additional relevant materials.

SO ORDERED this 10 day of August, 2005.

_____
JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 8-11-05

45

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 45 in case 2:04-CV-02597 was distributed by fax, mail, or direct printing on August 11, 2005 to the parties listed.

---

Gary A. Vanasek
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

J. Houston Gordon
LAW OFFICES OF J. HOUSTON GORDON
114 W. Liberty Ave.
Ste. 300
Covington, TN 38019--084

Honorable Jon McCalla
US DISTRICT COURT