IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.
05 OCT 13 AM 7:09

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

| | |
|---|---|
| JAMES I. BURLISON<br>RODNEY L. WAITS<br>BUFORD O'NEAL TANKERSLEY<br><br>    Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)   No. 2:04CV2597 DP<br>)<br>)<br>)<br>)<br>) |

## ORDER ALLOWING
## PLAINTIFFS' MOTION FOR CONTINUANCE OF TRIAL DATE

This cause came on to be heard upon the motion of the Plaintiffs for a continuance of the trial setting in this cause, and for good cause shown,

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that the trial date of October 24, 2005 in this cause shall be continued and trial of this matter shall be set at a later date.

SO ORDER this the /2 day of October, 2005.

_____
JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 10-14-05

57

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 57 in case 2:04-CV-02597 was distributed by fax, mail, or direct printing on October 14, 2005 to the parties listed.

---

J. Houston Gordon
LAW OFFICES OF J. HOUSTON GORDON
114 W. Liberty Ave.
Ste. 300
Covington, TN 38019--084

Gary A. Vanasek
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT