IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

JAMES I. BURLISON
RODNEY L. WAITS
BUFORD O'NEAL TANKERSLEY,

    Plaintiffs,

v.

    Case No.: 04-2597 MI  P

UNITED STATES OF AMERICA,

    Defendant.

## ORDER

The Court hereby withdraws its Order Allowing Plaintiffs' Motion for Continuance of Trial Date (Docket # 57) dated October 12, 2005.

**IT IS SO ORDERED** this 17th day of October, 2005.

BERNICE BOUIE DONALD
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet In compliance with Rule 58 and/or 79(a) FRCP on 10-17-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 59 in case 2:04-CV-02597 was distributed by fax, mail, or direct printing on October 17, 2005 to the parties listed.

---

Gary A. Vanasek
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

J. Houston Gordon
LAW OFFICES OF J. HOUSTON GORDON
114 W. Liberty Ave.
Ste. 300
Covington, TN 38019--084

Honorable Jon McCalla
US DISTRICT COURT