FILED BY ___ D.C.

05 OCT 19 AM 9: 55

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

JAMES I. BURLISON, RODNEY L. )
WAITS, and BUFORD O'NEAL )
TANKERSLEY, )
 )
    Plaintiffs, )
 )
v. ) No. 04-2597 Ml/P
 )
UNITED STATES OF AMERICA, )
 )
    Defendant. )

---

### ORDER FOLLOWING PRETRIAL CONFERENCE AND ORDER GRANTING PLAINTIFFS' MOTION FOR CONTINUANCE

---

The Court held a pretrial conference in this cause on October 18, 2005. Appearing for Plaintiffs was J. Houston Gordon. Representing Defendant was Gary A. Vanasek. At the conference, the Court allowed argument on the pending motion for summary judgment. Pursuant to the conference, after discussion with counsel, the Court ordered the following:

The parties may conduct further discovery. It is anticipated that they will depose Mr. Milton Rice, Mr. Cyburn Sullivan, III, and Ms. Roseanne Christ and will submit the depositions to the Court, thus completing the record.[1] Additionally, Plaintiffs will

---

[1] It appears, based on discussion with counsel, that all evidence in this case can be submitted without the necessity of in court testimony.

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 10-19-05



submit further briefing on the question of an easement of necessity. All materials from Plaintiffs should be submitted to the Court by January 6, 2006. Responsive materials shall be submitted by January 16, 2006.

The Court GRANTS Plaintiffs' Motion for Continuance of the Trial Date. The Court will review the parties' submissions[2] and will hold final argument in this matter on January 23, 2006, at 9:30 a.m.

So ORDERED this 19 day of October, 2005.

_____
JON P. McCALLA
UNITED STATES DISTRICT JUDGE

---

[2] The submissions, by agreement of counsel, will be in lieu of a trial, thus allowing the Court to resolve all issues in the submitted record, including any issues of credibility. If, on reflection, either party objects to this procedure, the Court will hear live testimony on any issue the parties think is appropriate.

-2-

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 63 in case 2:04-CV-02597 was distributed by fax, mail, or direct printing on October 19, 2005 to the parties listed.

---

J. Houston Gordon
LAW OFFICES OF J. HOUSTON GORDON
114 W. Liberty Ave.
Ste. 300
Covington, TN 38019--084

Gary A. Vanasek
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT