IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| JAMES I. BURLISON, RODNEY L. WAITS, and BUFORD O'NEAL TANKERSLEY, ) ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) ) | No. 04-2597 Ml/P |
| UNITED STATES OF AMERICA, ) ) | |
| Defendant. ) | |

### ORDER RESETTING TRIAL DATE

Pursuant to the Joint Motion for Continuance, which the Court granted December 9, 2005, the Court hereby resets the following trial dates in this case:

Trial: <u>Friday, March 3, 2006, at 9:30 a.m.</u>

Plaintiffs' Submissions: <u>Friday, February 10, 2006, at 4:30 p.m.</u>

Responsive Materials: <u>Tuesday, February 21, 2006, by 4:30 p.m.</u>

So ORDERED this 9th day of December, 2005.

JON P. McCALLA
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 12-12-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 66 in case 2:04-CV-02597 was distributed by fax, mail, or direct printing on December 12, 2005 to the parties listed.

---

J. Houston Gordon
LAW OFFICES OF J. HOUSTON GORDON
114 W. Liberty Ave.
Ste. 300
Covington, TN 38019--084

Gary A. Vanasek
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT